PFE/AJG Sept. 2024
GJ # 9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>EASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) No. |
| | ) |
| **ANTONIO DEWAYNE DOBBINS, JR.,** | ) |
| *also known as "Flex"* | ) |

## <u>INDICTMENT</u>

### <u>COUNT ONE:</u>
*Possession of a Machinegun*
**[18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 2nd day of June 2024, in Calhoun County within the Northern District of Alabama, the defendant,

**ANTONIO DEWAYNE DOBBINS, JR.,**
*also known as "Flex,"*

did knowingly possess a machinegun, that is, a Glock 9x19 9mm caliber firearm, modified with a machinegun conversion device, that is a combination of parts designed and intended for use in converting a semiautomatic Glock-type pistol into a machinegun, in violation of Title 18, United States Code, Section 922(o).

5

**COUNT TWO:**
*Possession of a Firearm by a Felon*
**[18 U.S.C. § 922(g)(1)]**

The Grand Jury charges that:

On or about the 2nd day of June 2024, in Calhoun County within the Northern District of Alabama, the defendant,

**ANTONIO DEWAYNE DOBBINS, JR.,**

*also known as "Flex,"*

knowing he had been previously convicted of a felony punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a, **Glock 9x19 9mm firearm**, and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). Dobbins was previously convicted on May 30, 2024, in the Circuit Court of Talladega County, Alabama, of the offense of **Attempting to Elude,** in case number CC-2024-10, the said offense being a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE**
**[18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]**

1.   The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offenses charged in Count One and Two of this Indictment, the defendant, **ANTONIO DEWAYNE DOBBINS, JR.**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms, magazines, and ammunition involved in or used in the commission of the offense, including, but not limited to:

1. a Glock Model 17 Gen 5, 9x19 9mm firearm, bearing serial number BMLB369;
2. and any associated magazines, ammunition, and machinegun conversion devices.

A TRUE BILL

*/s/electronic signature*
FOREPERSON OF THE GRAND JURY

                                      PRIM F. ESCALONA
                                      United States Attorney

                                      */s/electronic signature*
                                      ALLISON J. GARNETT
                                      Assistant United States Attorney